UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN B., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:22-cv-07751-SSS-BFM <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

**ACCORDINGLY, IT IS ORDERED:**

1. The Report and Recommendation is **ACCEPTED**;
2. The decision of the ALJ is **REVERSED** and the matter is **REMANDED** for further proceedings consistent with the Report and Recommendation.
3. Judgment shall be entered consistent with this Order.

    4.    The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

**IT IS SO ORDERED.**

DATED: December 12, 2023

_____
SUNSHINE S. SYKES
United States District Judge