JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KAREN B.,

                Plaintiff,

    v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.

Case No. 2:22-cv-07751-SSS-BFM

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED,** and this matter is **REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

DATED: December 12, 2023

_____
SUNSHINE S. SYKES
United States District Judge

-1-